UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                      :
UNITED STATES OF AMERICA:                             :
                                                      :
                - v -                                 :         15 Cr. 377 (AJN)
                                                      :
STEVEN RAWLINS,                                       :
                                                      :
                        Defendant.                    :
------------------------------------------------------x

## DEFENDANT RAWLINS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF OTHER CHARGED AND UNCHARGED CRIMES, WRONGS, OR ACTS IDENTIFIED IN THE GOVERNMENT'S NOTICE

Defendant Steven Rawlins, though counsel, hereby moves this Court for an Order excluding the other charged and uncharged crimes, wrongs or acts identified by the Government in its Notice filed September 30, 2015 as Document 58.

A memorandum in support of this motion is filed herewith.

                      Respectfully submitted,

                      /s Richard J. Braun
                      Richard J. Braun, TN Bar No. 010346
                      BRAUN & ASSOCIATES PLLC
                      501 Union Street, Suite 500
                      Nashville, Tennessee  37219
                      Telephone:     (615) 259-1550
                      Facsimile:      (615) 259-2524
                      Email:              rbraun@braunlawassociates.com

                      *Attorneys for Defendant, Steve Rawlins.*

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing, **Defendant Rawlins' Motion in Limine to Exclude Evidence of Other Charged and Uncharged Crimes, Wrongs or Acts Identified in the Government's Notice**, has been filed and served via the Electronic Filing System to the following this **5th** day of **October 2015**.

**Andrew Bauer, Esquire**
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Telephone: (212) 637-2354
Facsimile: (212) 637-2527
Email: andrew.bauer@usdoj.gov

**Andrew James DeFilippis, Esquire**
Assistant United States Attorney
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, New York 10007
Telephone: (212) 637-2200
Facsimile: (212) 637-2527
Email: andrew.defilippis@usdoj.gov

/s Richard J. Braun
Richard J. Braun, Esquire

2.50.15.10.2
f:\clients - active\rawlins (ny)\pleadings\pleadings (ny)\rawlins\defendant rawlins' motion in limine to exclude evidence of other charged and uncharged crimes, wrongs or acts identified in the government's notice.docx
**BRAUN & ASSOCIATES, PLLC**