UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

STEVEN RAWLINS,

                    Defendant.



Order of Restitution

15 Cr. 377 (AJN)

      Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Andrew J. DeFilippis, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count One of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

      STEVEN RAWLINS, the Defendant, shall pay restitution in the total amount of $12,203,209.70 to the victims of the offenses charged in Count One. The victims and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto.

Dated: New York, New York

      June 21, 2016

_____
UNITED STATES DISTRICT JUDGE

09.10.2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA |
| v. |
| STEVEN RAWLINS, |
| Defendant. |

Schedule of Victims

15 Cr. 377 (AJN)

| Name | Amount of Restitution | Address |
|---|---|---|
| Prime Health Services, Inc. | $11,113,619.44 | 7110 Crossroads Blvd # 100, Brentwood, TN 37027 |
| Core Choice, Inc. | $1,022,590.26 | 23272 Mira Bella Circle North, Boca Raton, FL, 33433 |
| Shane Gaddes | $67,000 | 9610 Lineberger Court Brentwood, TN  37027 |
| Total | $12,203,209.70 | |

09.10.2013