**Criminal Notice of Appeal - Form A**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 22 2016
```

# NOTICE OF APPEAL

United States District Court

__SOUTHERN__ District of __NEW YORK__

Caption:

USA
 v.
STEVEN RAWLINS

Docket No.: __15 CR 377__
__A. NATHAN__
(District Court Judge)

Notice is hereby given that __STEVEN RAWLINS__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)

entered in this action on __JUNE 22, 2016__
(date)

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ✓   Other ☐

Defendant found guilty by plea ☐   trial ☐   N/A ✓

Offense occurred after November 1, 1987? Yes ✓   No ☐   N/A ☐

Date of sentence: __6/2/16 + 6/21/16__   N/A ☐

Bail/Jail Disposition: Committed ✓   Not committed ☐   N/A ☐
SURRENDER 9/2/16

Appellant is represented by counsel? Yes ✓   No ☐   If yes, provide the following information:

Defendant's Counsel: __STEVEN BRILL__
Counsel's Address: __SULLIVAN & BRILL, LLP__
__115 BROADWAY 17TH FL__
__NYC, NY 10006__
Counsel's Phone: __212-566-1000__
Assistant U.S. Attorney: __ANDREW DEFILIPPIS__
AUSA's Address: __1 ST ANDREWS PLAZA__
__NYC, NY 10007__
AUSA's Phone: _____

_____
Signature