Certified Mail #7011-0470-0002-1284-5215

| AGENCIES: | DIRECT RESPONSE TO: |
|---|---|
| ( ) United States Parole Commission | |
| (X) Federal Bureau of Investigation | Name; Address; Zip-Code: |
| ( ) Immigration & Naturalization Ser. | Steven W. Rawlins, Requester |
| (X) Internal Revenue Service | REG, ▮▮▮▮▮▮▮▮ |
| (X) United States Attorneys Office-SD-NY | Federal Prison Camp |
| (X) Executive U.S. Attorneys Office-SD-NY | P.O. Box 2000 [Not FCI-Memphis] |
| (X) U.S. Treasury Department, A.T.F. | Millington, TN 38083 |
| ( ) Bureau of Prisons | |
| (X) State Agencies, City,County,State | |
| (X) Other: Request Proof of Extradition Tenn-Code Ann. §§ 40-9-101 to 40-9-130, N.Y. Crim.Proc.L. §§ 570.02 to 570.66 | Date of Request: Oct. 3, 2016 |

TO:
U.S. Department of Justice/FOIA
Atty/Gen. Hon. Loretta Lynch/FBI )
Civil & Crim. Investi. Divisions )
950 Pennsylvania Ave., NW
Washington, DC/New State of
Columbia 20530-0001

Federal Bureau of Investigation )
Civil & Criminal Divisions
U.S. Department of Justice      )
26 Federal Plaza
New York, New York 10278        )
                                )

IDENTIFICATION OF REQUESTER:

Name: Steven W. Rawlins

Alias: None

D.O.B. ▮▮▮▮▮▮▮▮

Place of Birth: Hopkinsville, KY (USA)

FBI No. ▮▮▮▮▮▮

Soc. Sec. No. ▮▮▮▮▮▮

Other: USDC-SD-NY #1:15-cr-00377

RE: Freedom of Information Act (5 USCS § 552), Privacy Act (5 USCS § 552a(d)(1) Request: Exemptions (5 USCS § 552(6)(C)(B)(7), General (5 USCS § 552A(J)(2) or Specific (5 USCS § 552a(K)(2)) not applicable to this request.

Dear: Sir/Ms; I am requesting for ALL records created in USDC-SD-NY and else where #1:15-cr-00377 in my name; Please...
     This letter will serve as my request pursuant to the provisions of the Freedom of Information Act (5 USCS § 552) and the Privacy Act (5 USCS § 552a (d)(1)), and the applicable State Statutes governing Freedom of Information Requests if states agency request, for all disclosure and release of all records and/or data contained in the files of your agency, and specifically for amendment, deletion and/or expungment (5 USCS § 552a(d)(2)(a)) of records maintained by your agency. The records sought but not limited to, is the compiled file containing (1) arrest records, (2) investigation and/or investigatory reports, (3) reports of evidentiary and/or scientific information findings, (4) wants, warrants, and/or detainers including all extradition requests, (5) final and closing investigation reports; and (6) any and/or all information, date, or reports not otherwise exempt by statute (5 USCS § 552(6)(c)(B)(7), (5 USCS § 552a(j)(2), (k)(2), or law, Tarlton v. Saxbe, 498 F.2d 1017, 162 U.S. App. D.C. 284 (1974), Sullivan v. Murphy, 478 F.2d 938, 156 U.S. App. D.C. 28 (1973). Your agency is advised that the investigation reports in total are no longer accorded exempt status unless under the specific exemption noted, and only with reference to specific citation of authority. Paton v. La Prade, 524 F.2d 862, 868-69 (1975).

(1 of 3)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: NOV 0 2 2016

Certified Mail #7011-0470-0002-1284-5215

It is further requested that your agency in response to the material requested specifically inform me if and to whom the file and/or any material therein contained has been released to any identifiable individual or agency, their name, title, purpose and need for such information, the date of such release, the specific material that was released, the person within your Agency who released such information, and the specific reference to authority, statute or regulation, governing such release (5 USCS § 552a(d)(1)). See; La Prade, 524 F.2d at 862, Saxbe, 507 F.2d at 1166, and Linda R.S. v. Richard D., 410 U.S. 614, 35 L.Ed.2d 536, 93 S.Ct. 1146 (1973).

It is further requested that your agency provide me with a copy of specifi regulations of your Department as provided by statute (5 USCS § 552), so that compliance with such regulations is adhered to except as otherwise provided by law (5 USCS § 701 et. seq.).

This request is made under the Freedom of Information Act (5 USCS § 552) and the Privacy Act (5 USCS § 552a) (together with the "alternate means of access"), to permit access to records on file with your agency. If and for any reason it is determined that portions of the material and records sought is exempt by statute (5 USCS §§ (6)(c)(b)(7), 552a(j)(2), (k)(2)) or by regulation; Menard v. Mitchell, 430 F.2d 486 (1970), Nemetz v. Department of Treasury 466 F. Supp. 102; I request specific citation to authority for such deletion. If it should be determined that any material be deemed CONFIDENTIAL due to identification of source, the permission is granted to Agency to delete source identification ONLY from the material for release. Paton v. La Prade, 524 F.2d 862 (1975); Chastain v. Kelly, 510 F.2d 1232. I further agree to pay any reasonable costs or file IN FORMA PAUPERIS if I am indigent, provided by statute or regulation of your agency, for search and copying of the material requested. After the first 100-pages that are FREE ACCORDING to agency regulations.

Pursuant to Title (5 USCS § 552(6)(A)(i), it is noted that your agency has ten (10) working days following receipt to this request to provide the information and material sought. Should any delay occur, it is requested that your Agency inform me of any delay's as provided by Agency regulations and the date as to when your Agency will be able to act upon this request.

Without Prejudice/Without Recourse
*Alfred Lee Mauldin*   SPC
WITNESS:

Respectfully Submitted,
*[signature]*
REG/USM ▮▮▮▮▮▮
Federal Prison Camp
P.O. Box 2000 [Not FCI-Memphis]
Millington, TN 38083

Signed under the Penalty of Perjury 28 USCS § 1746, on this the 30th day of September .2016.

(2 of 3)

Certified Mail #7011-0470-0002-1284-5215

Examples of Specific Requests:

(i.e. Records and Case Number Sought: USDC-SD-NY #1:15-cr-00377

I am requesting for Proofs of Employees records; Oaths of Office; with Consent by the Senate 28 USCS §§ 451, 503, 504, 504a., 506, 507, 530B; Articles III & IV and appointment under Admiralty, Bankruptcy, or Maritime in the instant case; See; Fed.R.Evid. 1101-et. seq. on the following Judge Alison Nathan; Thurgood Marshal Bldg. U.S. Courthouse 40 Foley Sq., New York, New York 10007; Preet Bahara, USA & Andrew Difilippis, AUSA, U.S. Attorney's Office One St. Andrews Plaza, New York, New York 10007; Christopher S. Delzotto, FBI U.S. Department of Justice 26 Federal Plaza; New York, New York 10278. I also request the other names of agents/persons, and officials known and unknown who took part in the above case acting on behalf of the US: USA: United States; united states of america; or UNITED STATES OF AMERICA without authorize extradition without witnesses of my peers, from Kentucky or Domicile resident state of Tennessee. Your response is urgently requested, with the first 100-Pages Free...



Requester: _[signature]_
REG/USM # 22715-075

Certified Mail #7011-0470-0002-1284-5215

In re; USDC-SD-NY #1:15-cr-00377

U.S Department of Justice          Certification of Identity          

FORM APPROVED OMB NO. 1103-0016
EXPIRES 03/31/17

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] **Steven W. Rawlins, Requester REG/**▮▮▮▮▮

Citizenship Status [2] **KY/TN/USA**          Social Security Number [3] ▮▮▮▮▮

Current Address **Federal Prison Camp, P.O. Box 2000, Millington, TN 38083**

Date of Birth ▮▮▮▮▮          Place of Birth **Hopkinsville, KY**

OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _[signature]_          Date **Oct. 3, 2016**

---

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

Mr. Steven W. Rawlins, Requester
REG/USM #22715-075
Federal Prison Camp
P.O. Box 2000 [Not FCI-Memphis]
Millington, TN 38083

"SPECIAL MAIL"

MEMPHIS TN 380

03 OCT 2016 PM 3 L

Clerk of the Court
c/o Judge Alison Nathan
Pursuant To FRCRP-Rule-16 et. seq.
Please File On Record
Thurgood Marshal Bldg.
U.S. Courthouse
40 Foley Square
New York, New York 10007

10007-150295