# Exhibit B

```
NERBD           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *           11-29-2022
PAGE 001 OF 001                                                          06:58:49
         FUNCTION: LST SCOPE: REG  EQ 22715-075         OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _           RECEIPT: _ _ _ "OR" EXTENSION: _ _
RCV  OFC : EQ _____   _____   _____   _____   _____   _____
TRACK: DEPT:   _____ _____ _____ _____ _____ _____
      PERSON:  ___  ___  ___  ___  ___  ___
        TYPE:  ___  ___  ___  ___  ___  ___
EVNT FACL: EQ _____   _____   _____   _____   _____   _____
RCV FACL.: EQ _____   _____   _____   _____   _____   _____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ _____   _____   _____   _____   _____   _____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____


G5152        NO REMEDY DATA EXISTS FOR THIS INMATE
```