Exhibit C

```
   NERBD          *           PUBLIC INFORMATION              *      11-29-2022
PAGE 001          *               INMATE DATA                 *       06:57:25
                              AS OF 11-29-2022


REGNO..: 22715-075 NAME: RAWLINS, STEVEN


                      RESP OF: CNV
                      PHONE..: 615-736-5148    FAX: 615-736-5147
                                               RACE/SEX...: WHITE / MALE
                                               AGE:  66
PROJ REL MT: FIRST STEP ACT RELEASE            PAR ELIG DT: N/A
PROJ REL DT: 10-19-2023                        PAR HEAR DT:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
 NERBD           *         PUBLIC INFORMATION           *      11-29-2022
PAGE 002         *            INMATE DATA               *      06:57:25
                            AS OF 11-29-2022


REGNO..: 22715-075 NAME: RAWLINS, STEVEN


                    RESP OF: CNV
                    PHONE..: 615-736-5148    FAX: 615-736-5147
FSA ELIGIBILITY STATUS IS: ELIGIBLE


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.


HOME DETENTION ELIGIBILITY DATE....: 04-20-2023


FINAL STATUTORY RELEASE FOR INMATE.: 05-01-2024 VIA GCT REL
          WITH APPLIED FSA CREDITS.: 195  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 10-19-2023 VIA FSA REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------


COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: 1: 15-CR-377(AJN)
JUDGE..........................: NATHAN
DATE SENTENCED/PROBATION IMPOSED: 06-02-2016
DATE COMMITTED..................: 09-02-2016
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


                FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
NON-COMMITTED.:  $100.00        $00.00         $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO     AMOUNT:  $12,203,209.70


------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  820    COMMUNICATIONS ACT
OFF/CHG: 18:1343 WIRE FRAUD

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   108 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 DATE OF OFFENSE................: 12-31-2013




 G0002        MORE PAGES TO FOLLOW . . .
```

```
  NERBD        *           PUBLIC INFORMATION         *      11-29-2022
PAGE 003 OF 003 *              INMATE DATA            *       06:57:25
                          AS OF 11-29-2022


REGNO..: 22715-075 NAME: RAWLINS, STEVEN


                   RESP OF: CNV
                   PHONE..: 615-736-5148   FAX: 615-736-5147
------------------------CURRENT COMPUTATION NO: 010 ------------------------


COMPUTATION 010 WAS LAST UPDATED ON 02-27-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 10-13-2016 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 09-02-2016
TOTAL TERM IN EFFECT............:   108 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     9 YEARS
EARLIEST DATE OF OFFENSE........: 12-31-2013

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    02-24-2015    02-24-2015
                                    03-17-2015    03-17-2015

TOTAL PRIOR CREDIT TIME.........: 2
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 486
TOTAL GCT EARNED................: 324
STATUTORY RELEASE DATE PROJECTED: 05-01-2024
ELDERLY OFFENDER TWO THIRDS DATE: 08-31-2022
EXPIRATION FULL TERM DATE.......: 08-30-2025
TIME SERVED.....................:      6 YEARS      2 MONTHS     30 DAYS
PERCENTAGE OF FULL TERM SERVED..:  69.4
PERCENT OF STATUTORY TERM SERVED:  81.4

PROJECTED SATISFACTION DATE.....: 10-19-2023
PROJECTED SATISFACTION METHOD...: FSA REL
     WITH FSA CREDITS INCLUDED...: 195




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```