```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Steven Rawlins,

           Defendant.

---

15-CR-377 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

On November 17, 2021, the Court received a motion for compassionate release from Defendant Steven Rawlins filed *pro se*. Dkt. No. 173. On December 1, 2022, the Government filed its opposition to Mr. Rawlins's motion. Dkt. No. 175.

Mr. Rawlins's request for the appointment of counsel in connection with his compassionate release motion is DENIED. Mr. Rawlins shall file any reply in support of his compassionate release motion, not to exceed 10 pages, no later than December 16, 2022.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant and to note the mailing on the public docket.

SO ORDERED.

Dated: December 2, 2022
      New York, New York

                                                    ALISON J. NATHAN
                                                    United States Circuit Judge,
                                                    sitting by designation