| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1:15-CR-0377-01 (AJN) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:23-cr-00111 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | |
|---|---|---|
| **Steven Rawlins** | SOUTHERN DISTRICT OF NEW YORK | |
| | NAME OF SENTENCING JUDGE | |
| (MIDDLE DISTRICT OF TENNESSEE) | Alison J. Nathan | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM May 2, 2023 | TO May 1, 2026 |

OFFENSE

Wire Fraud, in violation of 18 USC 1343, a Class C Felony.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Middle District of Tennessee** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| July 13, 2023 | *[signature: Alison J. Nathan]* |
|---|---|
| Date | United States ~~District Judge~~ Circuit Judge, sitting by designation |

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF TENNESSEE**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| July 26, 2023 | *[signature: William L. Campbell, Jr.]* |
|---|---|
| Effective Date | United States District Judge |

