**United States District Court**
**Middle District of Tennessee**
Office of the Clerk
719 Church Street
Nashville, Tennessee 37203
(615) 736-5498, ext 3208

E-Mail: Dalaina_Thompson@tnmd.uscourts.gov
Web Site: www.tnmd.uscourts.gov

July 26, 2023

**Clerk U.S. District Court**
**New York Southern District Court**
**Daniel Patrick Moynihan U.S. Courthouse**
**500 Pearl Street, Room 120**
**New York, NY 10007-1312**

**Re: TRANSFER OF JURISDICTION**
**USA v. Steven Rawlins**
**Southern District of New York Criminal Case No. 1:15-CR-0377-01 (AJN)**
**Assigned Middle District of Tennessee Criminal Case No. 3:23-cr-00111**

Dear Clerk:

Enclosed please find one original Transfer of Jurisdiction, Probation Form 22, which has been approved by **U.S. District Judge William L. Campbell, Jr.**

**All documents that we need have been retrieved from your website. It is not necessary for your Court to send any further documentation.**

Sincerely,

*Dalaina Thompson*

Dalaina Thompson
Case Administrator

Enclosure

**United States District Court**
**Middle District of Tennessee**
Office of the Clerk
719 Church Street
Nashville, Tennessee 37203
(615) 736-5498, ext 3208

E-Mail: Dalaina_Thompson@tnmd.uscourts.gov
Web Site: www.tnmd.uscourts.gov

July 26, 2023

**Clerk U.S. District Court**
**New York Southern District Court**
**Daniel Patrick Moynihan U.S. Courthouse**
**500 Pearl Street, Room 120**
**New York, NY 10007-1312**

**Re: TRANSFER OF JURISDICTION**
**USA v. Steven Rawlins**
**Southern District of New York Criminal Case No. 1:15-CR-0377-01 (AJN)**
**Assigned Middle District of Tennessee Criminal Case No. 3:23-cr-00111**

Dear Clerk:

Enclosed please find one original Transfer of Jurisdiction, Probation Form 22, which has been approved by **U.S. District Judge William L. Campbell, Jr.**

**All documents that we need have been retrieved from your website. It is not necessary for your Court to send any further documentation.**

Sincerely,

*Dalaina Thompson*

Dalaina Thompson
Case Administrator

Enclosure

